# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 21-1180     2. DATE DOCKETED: 8/23/2021
3. CASE NAME (lead parties only): Finnbin, LLC v. U.S. Consumer Product Safety Commission
4. TYPE OF CASE: [X] Review  [ ] Appeal  [ ] Enforcement  [ ] Complaint  [ ] Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? [X] Yes  [ ] No
   If YES, cite statute: 15 U.S.C. §§ 2056a(b)(3), 2060(g)(1)(C)
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: U.S. Consumer Product Safety Commission
   b. Give agency docket or order number(s): 86 Fed. Reg. 33022
   c. Give date(s) of order(s): June 23, 2021
   d. Has a request for rehearing or reconsideration been filed at the agency? [ ] Yes  [X] No
      If so, when was it filled?        By whom?
      Has the agency acted? [ ] Yes  [ ] No   If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):

   *See* Attachment A

   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      [ ] Yes  [X] No  If YES, identify case name(s), docket number(s), and court(s)

   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      [ ] Yes  [X] No  If YES, give case name(s) and number(s) of these cases and identify court/agency:

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? [ ] Yes  [X] No  If YES, provide program name and participation dates.


Signature: /s/ Kathleen R. Hartnett     Date: 9/23/2021
Name of Counsel for Appellant/Petitioner: Kathleen R. Hartnett
Address: 3 Embarcadero Center, San Francisco, CA 94111
E-Mail: khartnett@cooley.com     Phone: ( 415 ) 693-2000     Fax: ( 415 ) 693-2222

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

Attachment A to DOCKETING STATEMENT

Finnbin, LLC v. United States Consumer Product Safety Commission

No. 21-1180

**Question 6(e)**

Petitioner's line of business is flat infant sleep products, including "baby boxes," which are marketed and intended to provide newborn infants with a safe sleeping environment. The Commission's rule effectively bans baby boxes by requiring them to meet standards that apply to other products that baby boxes are not; it also acknowledges that redesign to become a different product could "cost hundreds of thousands of dollars to implement and test." 86 Fed. Reg. 33022, 33066. Petitioner has been forced to close its business as a result of the rule. Accordingly, the rule has an immediate, substantial, and detrimental economic impact on Petitioner's business and Petitioner is a party directly affected and aggrieved by agency action.

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2021, the foregoing docketing statement was served on all registered counsel through this court's electronic filing system.

/s/ Kathleen R. Hartnett
KATHLEEN R. HARTNETT