Case No. 21-1180

# United States Court of Appeals for the District of Columbia Circuit

FINNBIN, LLC,

*Petitioner*,

v.

UNITED STATES CONSUMER PRODUCT SAFETY COMMISSION,

*Respondent*.

**PETITIONER'S STATEMENT OF ISSUES**

KATHLEEN R. HARTNETT
  *Counsel of Record*
JULIE VEROFF
COOLEY LLP
3 Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 693-2000
khartnett@cooley.com
jveroff@cooley.com

ADAM M. KATZ
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Telephone: (617) 937-2351
akatz@cooley.com

*Counsel for Petitioner Finnbin, LLC*

Petitioner Finnbin, LLC ("Finnbin") states that it expects to raise the following issues in support of its petition for review of the United States Consumer Product Safety Commission's (the "Commission") final rule entitled *Safety Standard for Infant Sleep Products*, 86 Fed. Reg. 33022.

1. Section 104 of the Consumer Product Safety Improvement Act of 2008 provides that, "in consultation with representatives of consumer groups, juvenile product manufacturers, and independent child product engineers and experts," the Commission shall "examine and assess the effectiveness of any voluntary, consumer product safety standards for durable infant or toddler products," and then promulgate standards that are either (1) "substantially the same as such voluntary standards," or (2) "more *stringent* than any such voluntary standard, if the Commission determines that more stringent standards would further reduce the risk of injury associated with such products." 15 U.S.C. § 2056a(b)(1) (emphasis added).

In this case, by a divided vote, the Commission adopted a final rule that vastly expanded the *scope* of a voluntary standard designed solely for inclined infant sleep products, so as to capture all "infant sleep products." Rather than adjusting the stringency of the voluntary standard targeting inclined infant sleep products, the Commission's rule broadened the reach of that standard to cover all previously unregulated infant sleep products, whether inclined or not, such as baby boxes, in-bed sleepers, baby nests and pods, rigid-sided and rigid-framed compact bassinets

without a stand or legs, travel bassinets, and baby tents.  *See* 86 Fed. Reg. 33022, 33025.  Was the Commission's rule adopted in excess of statutory authority or limitations, or otherwise adopted in a manner not in accordance with law?

2.	The Commission's rule requires all "infant sleep products"—defined as products "marketed or intended to provide a sleeping accommodation for an infant up to 5 months of age" and "not already subject to a mandatory CPSC sleep standard," 86 Fed. Reg. 33022, 33022—to meet the safety standards designed for bassinets.  Was the Commission's adoption of this rule arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law, including because the Commission relied on limited and anecdotal data to support a one-size-fits-all rule that effectively bans entire categories of safe infant sleep products?

Dated: September 23, 2021

Respectfully submitted,

/s/ Kathleen R. Hartnett

| | |
|---|---|
| ADAM M. KATZ | KATHLEEN R. HARTNETT |
| COOLEY LLP | JULIE VEROFF |
| 500 Boylston Street | COOLEY LLP |
| Boston, MA 02116 | 3 Embarcadero Center |
| Telephone: (617) 937-2351 | San Francisco, CA 94111 |
| akatz@cooley.com | Telephone: (415) 693-2000 |
| | khartnett@cooley.com |
| | jveroff@cooley.com |

*Counsel for Petitioner*

# CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2021, the foregoing statement of issues was served on all registered counsel through this court's electronic filing system.

/s/ Kathleen R. Hartnett
KATHLEEN R. HARTNETT
